**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DALE MAISANO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:14-mc-0020** |
| | ) | |
| **CHIEF JUDGE WILLIAM J. HAYNES, JR.,** | ) | **Judge Campbell** |
| **JUDGE TODD CAMPBELL, JUDGE ALETA A.** | ) | |
| **TRAUGER, JUDGE KEVIN H. SHARP,** | ) | |
| **CHIEF JUDGE RANER C. COLLINS,** | ) | |
| **CORIZON HEALTH INC., ARIZONA STATE OF,** | ) | |
| **and DEPUTY WARDEN LINDA VEGA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

I hereby recuse myself from this action.

It is so **ORDERED**.

_Todd Campbell_
_____
Todd Campbell
United States District Judge